1018

[Nos. 6184–1–III; 6185–0–III. Division Three. July 11, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND
TIMOTHY JONES, ET AL, *Appellants*.

Appeals from a judgment of the Superior Court for Chelan County, No. 6295, Fred Van Sickle, J., entered November 14 and 21, 1983. *Affirmed* by unpublished opinion per McInturff, A.C.J., concurred in by Munson, and Thompson, JJ.

[Nos. 6304–6–III; 6459–0–III. Division Three. July 11, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. FREDERICK
EUGENE LOKEY, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. LORENE
HATTIE SALING, *Appellant*.

Appeals from judgments of the Superior Court for Yakima County, Nos. 83–1–00875–7, 83–1–00876–5, Walter A. Stauffacher, J., entered January 24 and April 10, 1984. *Affirmed* by unpublished opinion per McInturff, A.C.J., concurred in by Munson and Thompson, JJ.

[No. 6720–0–II. Division Two. July 12, 1985.]

MICHAEL H. MORRELL, *Appellant*, v. NEIL J.
HOFF, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 81–2–00940–4, Robert J. Bryan, J., entered October 22, 1982. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Ringold, J., and Petrie, J. Pro Tem.